NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
7/7/2015

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., Successor-In-Interest to CONTINENTAL AIRLINES, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | Case No.: 4:15-cv-00818-YGR<br><br>**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Amanda R. Conley (CA Bar No. 281270), formerly an attorney at Cobalt LLP and one of the attorneys for The Wave Studio, LLC ("Wave"), hereby withdraws as counsel for Wave. Vijay K. Toke and Nate A. Garhart continue to represent Wave and request that all future correspondence and papers in this action continue to be directed to them.

DATED: July 2, 2015                 COBALT LLP


                                    By:  /s/ Vijay K. Toke
                                         Vijay K. Toke

                                    Attorneys for Plaintiff
                                    THE WAVE STUDIO, LLC