Ian Feldman, Esq. (State Bar Number)
ifeldman@clausen.com
G. Brent Sims, Esq. (State Bar Number 179397)
gsims@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone: 949.260.3100
Facsimile: 949.260.3190

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., Successor-In-Interest to CONTINENTAL AIRLINES, INC., a Delaware Corporation, and DOES 1-100,<br><br>Defendants. | CASE NO.: 3:15-CV-00818<br><br>**ORDER TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** |

Pursuant to Stipulation, it is hereby ordered that the pending case styled *The Wave Studio, LLC, a New York Limited Liability Company v. United Airlines, Inc., Successor-In-Interest to Continental Airlines, Inc., a Delaware Corporation,* Case Number 3:15-CV-00818, shall be transferred to the United States District Court for the Southern District of New York.

The transfer is without prejudice as to the issue of consolidation with the litigation currently pending before the Honorable Cathy Seibel, Judge of the Southern District Court of New York, styled *The Wave Studio, LLC v. General Hotel Management, et al.,* Case No. 7:13-CV-09239 (S.D.N.Y.) (the "GHM Action"), and that upon transfer to the Southern District of New York, United may seek to file a motion to consolidate this action with the GHM Action.

**IT IS SO ORDERED.**

Dated: July 7, 2015

*[signature]*

JUDGE of the United States District Court,
Northern District of California